## Commonwealth *v.* Rice, Appellant.

Submitted September 10, 1973. *Donald C. Marino* and *Marino & Mozenter,* for appellant; *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Roberts, Appellant.

Submitted September 10, 1973. *Jack M. Myers,* and *Zack, Myers and Atkinson,* for appellant; *James J. Wilson, James T. Ranney,* and *David Richman,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.